**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2539**

———————————

ROBERT WALTER WOLTZ,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Walter E. Black, Jr., Senior District
Judge.  (CA-94-3599-B)

———————————

Submitted:  January 11, 1996          Decided:  January 23, 1996

———————————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert Walter Woltz, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Baltimore, Maryland; Claire S. Hoffman, SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his case for want of prosecution and for failing to keep the court informed of his change in address. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Woltz v. Chater</u>, No. CA-95-3599-B (D. Md. May 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>